In the Matter of the Application of THEODORE BEVERS, Appellant, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, HARRIS H. MURDOCK and Others, as Members of Said Board of Standards and Appeals of the City of New York, Respondents, and SAMUEL SCHWARTZ and JOSEPH SCHWARTZ, Intervenors, Respondents.— Upon appeal from an order which vacated and dismissed the order of certiorari and affirmed the determination of the board of standards and appeals herein, order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Public Park Located between Beach Channel Drive and the United States Bulkhead Line of Jamaica Bay and between Lines Which Are Approximate Prolongations of the Westerly Sides of Beach 116th Street and Beach 124th Street, in the Borough of Queens, City of New York. BANK OF UNITED STATES in Liquidation and Others, Appellants; SAMUEL FRANK and CITY OF NEW YORK, Respondents.— Appeal from a supplemental and amended final decree in a condemnation proceeding in so far as it directs, after deducting unpaid taxes and payment of the first mortgage in full, the payment to the second mortgagee of the balance of the condemnation award for Damage Parcels 9–13, inclusive. Decree, in so far as appealed from unanimously affirmed, with costs. The trier of the fact was free to find there was both presumptive and actual consideration for the second mortgage running to the corporate owner of the property. That corporate owner likewise is estopped to assert the contrary. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of FRANK DeCARO and ANNA DeCARO, Petitioners, Pursuant to the Provisions of Article 84 of the Civil Practice Act, in Relation to an Award Made by the American Arbitration Tribunal. ALEXANDER D'ANGELO, Appellant; FRANK DeCARO and ANNA DeCARO, Respondents.— Appeal from an order granting a motion to add at the foot of a judgment a provision making certain directions not contained in the judgment, and from an order punishing appellant for contempt for failing to comply with the first named order. The first named order is reversed on the law, with ten dollars costs and disbursements to appellant, and the motion denied, without costs, on the ground that the court was without authority to make any changes in the judgment, which was a judgment of the Appellate Division and not of the Special Term. (6 Carmody's New York Practice, § 831; *Nassau County Trust Co.* v. *Saleeby*, 254 App. Div. 687; *Macomber* v. *Sterling*, 230 id. 598; *Kirkpatrick Home for Childless Women* v. *Kenyon*, 209 id. 179.) Furthermore, if modification in matter of substance is required, then there must be a remission to the arbitrators. (Civ. Prac. Act, § 1462, subd. 4.) On the second appeal, order reversed on the law, without costs, and motion denied, without costs. Since the court had no authority to make the first named order, there was no power to punish for contempt for a disobedience thereof. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.